1  FRED M. BLUM, ESQ. (SBN 101586)
   fblum@behblaw.com
2  VIVY D. DANG, ESQ. (SBN 297714)
   vdang@behblaw.com
3  BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
4  San Francisco, CA 94111
   Telephone:   (415) 397-9006
5  Facsimile:   (415) 397-1339

6
   Attorneys for Plaintiffs
7  SUSAN BLACK, STEVEN SMITH
   AND KIMBERLY BURGESS
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11

12 | SUSAN BLACK, an individual; STEVEN    ) Case No. 5:15-cv-04361-EJD
   SMITH, an individual; KIMBERLY         )
13 BURGESS, an individual,                ) **PLAINTIFFS' NOTICE OF VOLUNTARY
                                          ) DISMISSAL WITHOUT PREJUDICE**
14              Plaintiffs,               )
                                          ) **[Fed. R. Civ. P. 41(a)(1)(A)(i)]**
15         vs.                            )
                                          )
16 OLD NATIONAL BANK, a corporation as    )
   Trustee of the RABBI TRUST FOR MID-    )
17 PENINSULA BANK EXECUTIVE               )
   SUPPLEMENTAL RETIREMENT PLANS;         )
18 RABBI TRUST FOR CUPERTINO              )
   NATIONAL BANK EXECUTIVE                )
19 SUPPLEMENTAL RETIREMENT PLANS;         )
   RABBI TRUST FOR BAY AREA BANK          )
20 EXECUTIVE SUPPLEMENTAL                 )
   RETIREMENT PLANS; RABBI TRUST          )
21 FOR BAY BANK OF COMMERCE               )
   EXECUTIVE SUPPLEMENTAL                 )
22 RETIREMENT PLANS; RABBI TRUST          )
   FOR SAN JOSE NATIONAL BANK             )
23 EXECUTIVE SUPPLEMENTAL                 )
   RETIREMENT PLANS; RABBI TRUST          )
24 FOR MT. DIABLO NATIONAL BANK           )
   EXECUTIVE SUPPLEMENTAL                 )
25 RETIREMENT PLANS; RABBI TRUST          )
   FOR COAST COMMERCIAL BANK              )
26 EXECUTIVE SUPPLEMENTAL                 )
   RETIREMENT PLANS; RABBI TRUST          )
27 FOR THE GOLDEN GATE BANK               )
   EXECUTIVE SUPPLEMENTAL                 )
28 RETIREMENT PLANS; RABBI TRUST          )
   FOR THE PENINSULA BANK OF              )

1434480

                                1

| | |
|---|---|
| COMMERCE EXECUTIVE SUPPLEMENTAL RETIREMENT PLANS; Rabbi Trust for Bank of Petaluma Executive Supplemental Retirement Plans and the RABBI TRUST FOR THE BANK OF SANTA CLARA EXECUTIVE SUPPLEMENTAL RETIREMENT PLANS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Susan Black, Steven Smith and Kimberly Burgess hereby voluntarily dismiss this entire action without prejudice, with each side to bear their own costs and fees.

The Clerk shall close this file.

Date:   December 2, 2015          BASSI, EDLIN, HUIE & BLUM LLP

                                  By: _____
                                      VIVY DANG
                                      Attorneys for Plaintiffs
                                      SUSAN BLACK, STEVEN SMITH AND
                                      KIMBERLY BURGESS

1434480

Re:  **Susan Black, et al v. Old National Bank, et al.**
United States District Court, Northern District Case No. 5:15-cv-04361-NC

**PROOF OF SERVICE – ELECTRONIC TRANSMISSION**

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via the USDC NDCA website, described below, on the recipients designated on the Transaction Receipt located on the USDC NDCA website.

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On the following parties:

PLEASE SEE SERVICE LIST PROVIDED BY THE USDC NDCA

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on December 2, 2015, at San Francisco, California.

_____
AUBREY BUDGE

1435709

PROOF OF SERVICE